# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

July 13, 2022

*By the Court:*

Nos. 21-2835 & 21-2881

| | |
|---|---|
| WILLIAM A. WHITE,<br>*Plaintiff-Appellant*, | Appeals from the United States District Court for the Southern District of Illinois. |
| *v.* | Nos. 17-cv-00683-JPG & 20-cv-01117-JPG |
| UNITED STATES OF AMERICA, et al.,<br>*Defendants-Appellees*. | J. Phil Gilbert,<br>*Judge*. |

**O R D E R**

On June 16, 2022, this court affirmed the judgment of the district court and ordered appellant William White to show cause why he should not be sanctioned for his abusive conduct on appeal. White has filed a response to this court's show cause order, but the response does not offer any legitimate justification or remorse for his persistence in abusive behavior. Accordingly,

**IT IS ORDERED** that White is sanctioned $1,000 for abusive litigation conduct. Within fourteen days of the date of this order, White must tender a check payable to the clerk of this court for the full amount of the sanction. If White fails to do so, this court will enter a separate order directing the clerks of all federal courts in this circuit to return unfiled any papers submitted either directly or indirectly by or on behalf of White unless and until he pays in full the sanction that has been imposed against him and all outstanding filing fees. *See In re: City of Chi.*, 500 F.3d 582, 585–86 (7th Cir. 2007); *Support Sys. Int'l, Inc. v. Mack*, 45 F.3d 185, 186 (7th Cir. 1995) (per curiam). In accordance with our decision in *Mack*, exceptions to that filing bar will be made for criminal cases and for applications for writs of habeas corpus. *See Mack*, 45 F.3d at 186–87.