## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WILLIAM A. WHITE, #13888-084,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. 20-cv-01117-JPG |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

### JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge J. Phil Gilbert, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendant. Plaintiff shall recover nothing. The action is **DISMISSED** with prejudice, the parties to otherwise bear their own costs.

**DATED**: 2/28/2023

MONICA A. STUMP, CLERK

By: s/ Tanya Kelley
Deputy Clerk

APPROVED: s/ *J. Phil Gilbert*
J. PHIL GILBERT
United States District Judge